**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

| | | |
|---|---|---|
| Timothy J. Burnett | : | Case Number 4:20-cv-00097-TWP-DML |
| Plaintiff, | : | |
| v. | : | **STIPULATED DISMISSAL WITH PREJUDICE** |
| PLUTO CORPORATION | : | |
| Defendant | : | |

Pursuant to Fed. Civ. R. 41(a)(1)(ii), the parties in this action stipulate and agree that the Complaint in this matter is dismissed with prejudice.

Dated this 29th day of December, 2021.

Respectfully submitted,

_____
Bobby A. Potters
3272 Hooker Street
Plainfield, IN 46168
bpotters@tds.net

Attorney for Plaintiff, Timothy J. Burnett

4864-6422-2726, v. 1

s/ by Gary L. Greenberg
Melissa K. Taft
Jackson Lewis P.C.
10 West Market, Suite 2400
Indianapolis, IN 46204
melissa.taft@jacksonlewis.com

Attorney for Defendant,
Pluto Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 29, 2021, I filed the foregoing *Stipulated Dismissal with Prejudice* electronically with the Clerk of the Court.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>Bobby A. Potters
>Attorney at Law
>3272 Hooker Street
>Plainfield, Indiana 46168
>bpotters@tds.net


>/s/ *Gary L. Greeberg*
>Gary L. Greenberg